UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER HODGES,

        Petitioner,

-vs-                                        Case No. 6:05-cv-1460-Orl-19DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, FLORIDA ATTORNEY
GENERAL,

        Respondents.
_____

**ORDER OF DISMISSAL**

On November 8, 2005, the Court ordered Petitioner to either pay the filing fee, submit an affidavit of indigency, or file a request to proceed in forma pauperis within thirty days from the date of the Order (Doc. No. 4). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___13th_____ day of December, 2005.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc  12/13
Christopher Hodges