# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPHER HODGES,

                    Petitioner,

-vs-                                    Case No.  6:05-cv-1460-Orl-19DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, FLORIDA ATTORNEY
GENERAL,

                    Respondents.

_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 6)** |
| **FILED:** | **January 9, 2006** |
| | |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has failed to demonstrate any basis for reconsideration of the Court's

Order of December 13, 2005 (Doc. No. 5).

      **DONE AND ORDERED** in Chambers at Orlando, Florida, this _13th____ day of

January, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

pslc 1/10

Christopher Hodges