UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER HODGES,

    Petitioner,

-vs-                                      Case No. 6:05-cv-1460-Orl-19DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondent.
_____

### ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 9)** |
| **FILED:** | **February 1, 2006** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _2nd____ day of February, 2006.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 1/31
Counsel of Record
Christopher Hodges